**Abdul Karim HASSAN, Plaintiff–Appellant**

v.

**State of IOWA;  Matt Schultz, Secretary of State, Defendants–Appellees.**

No. 12–2037.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2012.

Filed: Nov. 21, 2012.

Abdul Karim Hassan, Queens Village, NY, pro se.

Jeffrey C. Peterzalek, Attorney General's Office, Des Moines, IA, for Defendants–Appellees.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Abdul Hassan appeals the district court's[1] dismissal of his 42 U.S.C. § 1983

*See United States v. Roberson,* 517 F.3d 990, 995 (8th Cir.2008).

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

complaint under Federal Rule of Civil Procedure 12(b)(6). After careful review, *see Butler v. Bank of Am.*, 690 F.3d 959, 961 (8th Cir.2012), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B, and deny Hassan's motion for publication of this opinion.